AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TRA INDUSTRIES, INC.,

        Plaintiff,

        v.

VALSPAR CORPORATION,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-026-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice the Complaint (Ct. Rec. 1), and the claims therein, and the counterclaim and third-party claims of Defendant (Ct. Rec.t 9) with prejudice. The judgment shall be entered without costs or attorneys fees to any party. File closed.

| | |
|---|---|
| February 18, 2011 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Cheryl Switzer |
| | (By) Deputy Clerk |
| | Cheryl Switzer |